UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JACKSON TRAILS, LLC,

        Plaintiff,

v.

TOWNSHIP OF JACKSON and the
PLANNING BOARD OF THE TOWNSHIP
OF JACKSON,

        Defendants.

Civil Action No. 20-1150 (MAS) (ZNQ)

**ORDER**

This matter comes before the Court upon Defendants Township of Jackson ("Township") and Jackson Planning Board's ("Planning Board") (collectively, "Defendants") Motion to Partially Dismiss Plaintiff Jackson Trails, LLC's ("Plaintiff") Complaint. (ECF No. 11.) Plaintiff opposed (ECF No. 17) and Defendants replied (ECF No. 18). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 9th day of October 2020, **ORDERED** that:

1. Defendant's Partial Motion to Dismiss (ECF No. 11) is **GRANTED** in part and **DENIED** in part.

2. Count Fourteen of Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

                                                  /s/ M.A. Shipp
                                            **MICHAEL A. SHIPP**
                                            **UNITED STATES DISTRICT JUDGE**