

## METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
MARC DEMBLING*+
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+

Counsel
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL˜*
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
BRENT R. POHLMAN+
AMANDA J. SAWYER^
JARED S. SCHURE>
SHIFRA TARICA+

Associates
EDWARD D. DEMBLING>
NATALIE DONIS+
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL>
NABILA SAEED^
SARAH E. SHEPP+
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar

**Please reply to New Jersey**

February 22, 2021

VIA ELECTRONIC FILING
Honorable Zahid N. Quraishi, U.S.M.J.
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Bldg. & US Courthouse
402 E. State Street, Room 6000
Trenton, NJ 08608

RE:  **JACKSON TRAILS, LLC VS. TOWNSHIP OF JACKSON, ET AL.**
     Our File No.   : 88737 BRP
     Docket No.     : 3:20-CV-01150

Dear Judge Quraishi:

This office represents the Defendants in the instant litigation. In our initial conference with the Court the Parties may have advised Your Honor that counsel for both Plaintiffs and Defendants are involved in related litigation in State and Federal Court.

In an effort to streamline the discovery and overall litigation process the Parties are working on creating a universal document production database that would include paper as well as ESI. This has created extra work but all Parties believe will be beneficial in the long run.

This extra work has caused delays and the purpose of this correspondence is to jointly request a sixty (60) day extension of all discovery deadlines.  If this is acceptable to Your Honor the Parties will submit a revised discover order.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Brent R. Pohlman
pohlman@methwerb.com
Ext. 182

BRP:alw

Methfessel & Werbel, Esqs.
Our File No. 88737 BRP
Page 2

cc: VIA EMAIL: sgertner@gertneresq.com
    Sean D. Gertner, Esq.
    Gertner & Gertner, LLC
    740 Bennetts Mills Road, PO Box 1149
    Jackson, NJ 08527

    VIA EMAIL: djennings@wilentz.com
    Donna M. Jennings, Esq.
    Wilentz, Goldman & Spitzer, PA
    90 Woodbridge Center Drive
    Woodbridge, NJ  07095

    VIA EMAIL: storzer@storzerlaw.com
    Roman P. Storzer, Esq.
    Storzer & Associates, P.C.
    1025 Connecticut Avenue
    Suite One Thousand
    Washington, D.C. 20036

    VIA EMAIL: rath@storzerlaw.com
    Sieglinde K. Rath, Esq.
    Storzer & Associates, P.C.
    1025 Connecticut Avenue
    Suite One Thousand
    Washington, D.C. 20036

    VIA EMAIL: mcguckinesq@aol.com
    Gregory McGuckin, Esq.
    Dasti, Murphy, McGuckin, Ulaky, Koutsouris &
    Connors
    506 Hooper Avenue
    Toms River, NJ 08753