Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Township of Jackson and Planning Board of the Township of Jackson
Our File No.  88737 ELH

| | |
|---|---|
| JACKSON TRAILS, LLC, A NEW JERSEY LIMITED LIABILITY CORPORATION<br><br>          Plaintiff,<br><br>V.<br><br>TOWNSHIP OF JACKSON, A NEW JERSEY MUNICIPAL CORPORATION AND BODY POLITIC; AND THE PLANNING BOARD OF THE TOWNSHIP OF JACKSON, A MUNICIPAL AGENCY<br><br>          Defendants | UNITED STATES DISTRICT COURT TRENTON<br>CIVIL ACTION NO.: 3:20-CV-01150<br><br>Civil Action<br><br>**SUBSTITUTION OF ATTORNEY AND DESIGNATION OF TRIAL COUNSEL** |

The undersigned hereby consents to the substitution of Brent R. Pohlman, Esq. of Mandelbaum Salsburg, PC, as attorney for Township of Jackson and Planning Board of the Township of Jackson.  Superseding counsel is hereby designated as trial counsel.  This designation is not expected to result in a delay of trial.

| | |
|---|---|
| _____<br>Eric L. Harrison, Esq.<br>Methfessel & Werbel, PC<br>Withdrawing Attorney | /s/Brent R. Pohlman, Esq.<br>_____<br>Brent R. Pohlman, Esq.<br>Mandelbaum Salsburg, PC<br>Superseding Attorney |

Dated:  May 19, 2021