# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON TRAILS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOWNSHIP OF JACKSON, et al., <br><br> Defendants. | Civ. No. 3:20-cv-01150 <br><br><br> **JOINT STIPULATION REGARDING DISCOVERY DEADLINE** |

Plaintiffs, Jackson Trails, LLC, et al, and the Defendants, the Township of Jackson, et al., by their respective counsel hereby stipulate to the following:

1. All responses to initial written discovery shall be submitted no later than August 2, 2021.

2. All written discovery disputes shall be submitted no later than September 7, 2021.

3. All fact discovery is to be completed by a date to be established by the Court following a Case Management Conference.

Dated: June 28, 2021

| | |
|---|---|
| **STORZER & ASSOCIATES, P.C.** | **MANDELBAUM SALSBURG** |
| By: /s/ Sieglinde K. Rath | By: /s/ Brent R. Pohlman |
| Sieglinde K. Rath (048131991) | Brent R. Pohlman (046612005) |
| Roman P. Storzer, *admitted pro hac vice* | 3 Becker Farm Rd. Ste. 105 |
| 9433 Common Brook Rd. | Roseland, New Jersey 81726 |

Suite 208  
Owings Mills, Maryland 21117  
rath@storzerlaw.com  
storzer@storzerlaw.com  
Tel: 202-857-9766  
*Attorneys for Plaintiff*

pohlman@lawfirm.ms  
Tel: 973-736-4600  
*Attorney for Defendants*

**WILENTZ, GOLDMAN & SPITZER, P.A**.

By: /s/ Donna M. Jennings  
Donna M. Jennings (017281995)  
90 Woodbridge Center Drive  
Post Office Box 10  
Woodbridge, New Jersey 07095  
*Attorneys for Plaintiff*

It is so Ordered this 29th day of June, 2021.

-The Court will conduct a telephone status conference on September 16, 2021 at 3:30 PM.  
Counsel for Plaintiff is directed to initiate the call to (609) 989-2144.

_____  
**DOUGLAS E. ARPERT**  
**United States Magistrate Judge**