# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

ROMAN P. STORZER

SIEGLINDE K. RATH*
BLAIR LAZARUS STORZER**
ROBIN N. PICK***
SARAH E. CHILD****
 * Admitted in Maryland & N.J.
 ** Admitted in D.C., Maryland & Illinois
 *** Admitted in California & Maryland
**** Admitted in D.C. & N.Y

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††

 † Admitted in N.Y.
 †† Admitted in Virginia, N.Y. & Ohio (inactive)

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036

(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:

9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117

(410) 559-6325
FACSIMILE: (202) 315-3996

March 30, 2022

**VIA ECF FILING**

Honorable Michael Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 5W
Trenton, NJ 08608

*Re: Jackson Trails, LLC. v. Township of Jackson, et al.*
Case No. 3:20-cv-01150

Your Honor:

The undersigned represents the Plaintiff in the above referenced action. With the consent of the Defendants' counsel, Brent R. Pohlman, Esq., please find attached the Parties' Consent Order and the terms of the Parties' Settlement Agreement, dated March 30, 2022, for the Court's review.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Sieglinde Rath/*

Sieglinde K. Rath, Esq.

cc: Brent Pohlman, Esq. via ECF